AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE;<br>AUGUSTANA LUTHERAN CHURCH;<br>OUR LADY OF GUADALUPE PARISH;<br>SAN FRANCISCO INTERFAITH COUNCIL; and<br>WESTMINSTER PRESBYTERIAN CHURCH<br><br>*Plaintiff(s)*<br>v.<br>KRISTI NOEM;<br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br>TODD LYONS;<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;<br>PETE FLORES;<br>U.S. CUSTOMS AND BORDER PROTECTION<br>*Defendant(s)* | Civil Action No. 6:25-cv-699 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
KRISTI NOEM
U.S. Secretary of Homeland Security
Office of General Counsel
245 Murray Lane SW
Mail Stop 0485
Washington DC 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STEPHEN W MANNING
INNOVATION LAW LAB
333 SW 5TH AVENUE SUITE 200
PORTLAND OR 97204-1748

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:25-cv-699

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE;
AUGUSTANA LUTHERAN CHURCH;
OUR LADY OF GUADALUPE PARISH;
SAN FRANCISCO INTERFAITH COUNCIL; and
WESTMINSTER PRESBYTERIAN CHURCH

*Plaintiff(s)*

v.

KRISTI NOEM;
U.S. DEPARTMENT OF HOMELAND SECURITY;
TODD LYONS;
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;
PETE FLORES;
U.S. CUSTOMS AND BORDER PROTECTION

*Defendant(s)*

Civil Action No. 6:25-cv-699

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> US DEPARTMENT OF HOMELAND SECURITY
> Office of General Counsel
> 245 Murray Lane SW
> Mail Stop 0485
> Washington DC 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> STEPHEN W MANNING
> INNOVATION LAW LAB
> 333 SW 5TH AVENUE SUITE 200
> PORTLAND OR 97204-1748

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:25-cv-699

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE;
AUGUSTANA LUTHERAN CHURCH;
OUR LADY OF GUADALUPE PARISH;
SAN FRANCISCO INTERFAITH COUNCIL; and
WESTMINSTER PRESBYTERIAN CHURCH

*Plaintiff(s)*

v.

KRISTI NOEM;
U.S. DEPARTMENT OF HOMELAND SECURITY;
TODD LYONS;
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;
PETE FLORES;
U.S. CUSTOMS AND BORDER PROTECTION

*Defendant(s)*

Civil Action No. 6:25-cv-699

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

TODD LYONS
U.S. Immigration & Customs Enforcement
Office of the Principal Legal Advisor
500 12th Street SW
Mail Stop 5900
Washington DC 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STEPHEN W MANNING
INNOVATION LAW LAB
333 SW 5TH AVENUE SUITE 200
PORTLAND OR 97204-1748

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:25-cv-699

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE;<br>AUGUSTANA LUTHERAN CHURCH;<br>OUR LADY OF GUADALUPE PARISH;<br>SAN FRANCISCO INTERFAITH COUNCIL; and<br>WESTMINSTER PRESBYTERIAN CHURCH<br><br>*Plaintiff(s)*<br>v.<br>KRISTI NOEM;<br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br>TODD LYONS;<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;<br>PETE FLORES;<br>U.S. CUSTOMS AND BORDER PROTECTION<br><br>*Defendant(s)* | Civil Action No. 6:25-cv-699 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> U.S. IMMIGRATION & CUSTOMS ENFORCEMENT
> Office of the Principal Legal Advisor
> 500 12th Street SW
> Mail Stop 5900
> Washington DC 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> STEPHEN W MANNING
> INNOVATION LAW LAB
> 333 SW 5TH AVENUE SUITE 200
> PORTLAND OR 97204-1748

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:25-cv-699

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE;
AUGUSTANA LUTHERAN CHURCH;
OUR LADY OF GUADALUPE PARISH;
SAN FRANCISCO INTERFAITH COUNCIL; and
WESTMINSTER PRESBYTERIAN CHURCH

*Plaintiff(s)*

v.

KRISTI NOEM;
U.S. DEPARTMENT OF HOMELAND SECURITY;
TODD LYONS;
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;
PETE FLORES;
U.S. CUSTOMS AND BORDER PROTECTION

*Defendant(s)*

Civil Action No. 6:25-cv-699

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

PETE FLORES
U.S. CUSTOMS & BORDER PROTECTION
1300 Pennsylvanie Avenue NW
Washington DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STEPHEN W MANNING
INNOVATION LAW LAB
333 SW 5TH AVENUE SUITE 200
PORTLAND OR 97204-1748

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:25-cv-699

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE;
AUGUSTANA LUTHERAN CHURCH;
OUR LADY OF GUADALUPE PARISH;
SAN FRANCISCO INTERFAITH COUNCIL; and
WESTMINSTER PRESBYTERIAN CHURCH

*Plaintiff(s)*

v.

KRISTI NOEM;
U.S. DEPARTMENT OF HOMELAND SECURITY;
TODD LYONS;
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;
PETE FLORES;
U.S. CUSTOMS AND BORDER PROTECTION

*Defendant(s)*

Civil Action No. 6:25-cv-699

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

      U.S. CUSTOMS & BORDER PROTECTION
      1300 Pennsylvanie Avenue NW
      Washington DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      STEPHEN W MANNING
      INNOVATION LAW LAB
      333 SW 5TH AVENUE SUITE 200
      PORTLAND OR 97204-1748

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:25-cv-699

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: