**WILLIAM M. NARUS, CAB #243633**
Acting United States Attorney
District of Oregon
**PATRICK J. CONTI, CAB #271046**
Assistant United States Attorney
Patrick.Conti@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: 503.727.1000
      Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, et al.,** | Case No. 6:25-cv-00699-AA |
| Plaintiffs, | **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |
| v. | |
| **KRISTI NOEM, et al.,** | |
| Defendants. | |

## CERTIFICATE OF COMPLIANCE WITH LR 7-1

Counsel for Defendants certifies that he conferred with counsel for Plaintiffs and that Plaintiffs do not oppose this motion.

///

## MOTION

Defendants move for a 21-day extension, until July 21, 2025, to answer or respond to the complaint.

## DISCUSSION

On April 28, 2025, Plaintiffs filed this action for declaratory and injunctive relief against Defendants.  *See* ECF 1.  Defendants' current deadline to answer the complaint is June 30, 2025.

Defendants now move to extend their deadline by 21 days.  Defendants request the extension due to competing deadlines in other cases, the need to confer further with agency clients, and preplanned time out of the office.

Plaintiffs do not oppose the extension, and the requested extension will not prejudice any party and is not intended to delay the case.

## CONCLUSION

For these reasons, Defendants request that the Court extend the answer deadline to July 21, 2025.

Respectfully submitted this 23rd day of June, 2025.

> WILLIAM M. NARUS
> Acting United States Attorney
> District of Oregon
>
> /s/ *Patrick J. Conti*
> PATRICK J. CONTI
> Assistant United States Attorney
> Attorneys for Defendants