**WILLIAM M. NARUS, CAB #243633**
Acting United States Attorney
District of Oregon
**PATRICK J. CONTI, CAB #271046**
Assistant United States Attorney
Patrick.Conti@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: 503.727.1000
    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, et al.,**<br><br>        Plaintiffs,<br>    v.<br><br>**KRISTI NOEM, et al.,**<br><br>        Defendants. | Case No.: 6:25-cv-00699-AA<br><br>**DECLARATION OF PATRICK J. CONTI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, PATRICK J. CONTI, declare and state as follows:

1.   I am an Assistant United States Attorney for the District of Oregon, and an attorney of record for Defendants in this matter. If called as a witness to testify, I could and would competently testify to the matters stated herein.

2.   Attached as **Exhibit 1** is a true and correct copy of a memorandum

**Page 1**   Declaration of Patrick J. Conti in Support of
         Defendants' Motion to Dismiss

from James A. Puleo, Acting Assoc. Comm'r, Immigration & Naturalization Service, subject: "Enforcement Actives at Schools, Places of Worship, or at funerals or other religious ceremonies," dated May 17, 1993.

3. Attached as **Exhibit 2** is a true and correct copy of a memorandum from John Morton, Director, U.S. Immigration and Customs Enforcement ("ICE"), subject: "Enforcement Actions at or Focused on Sensitive Locations," dated October 24, 2011.

4. Attached as **Exhibit 3** is a true and correct copy of a memorandum from Alejandro N. Mayorkas, Secretary of Homeland Security, subject: "Guidelines for Enforcement Actions in or Near Protected Ares," dated October 27, 2021.

5. Attached as **Exhibit 4** is a true and correct copy of a memorandum from Benjamine C. Huffman, Acting Secretary of Homeland Security, subject: "Enforcement Actions in or Near Protected Areas," dated January 20, 2025.

6. Attached as **Exhibit 5** is a true and correct copy of a memorandum from Caleb Vitello, Acting Director of ICE, subject: "Common Sense Enforcement Actions in or Near Protected Areas," dated January 31, 2025.

7. Attached as **Exhibit 6** is a true and correct copy of a Reporter's Transcript for a "Hearing on TRO" held on March 7, 2025, in *Denver Public Schools v. Noem*, No. 1:25-cv-00474-DDD-KAS (D. Colo.).

**Page 2**   Declaration of Patrick J. Conti in Support of
             Defendants' Motion to Dismiss

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 21st day of July, 2025, in Portland, Oregon.

/s/ *Patrick J. Conti*
PATRICK J. CONTI
