

September 5, 2025

via CM/ECF
THE HONORABLE ANN AIKEN
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
405 EAST EIGHTH AVENUE, ROOM 5300
EUGENE, OREGON 97401

RE:    PCUN v. Noem, 6:25-cv-699-AA

Judge Aiken,

On July 17, 2025, the parties conferred about Plaintiffs' then-forthcoming motion for leave to amend and supplement the complaint in this matter. Defendants requested a redlined version, which Plaintiffs provided on September 4, 2025. Plaintiffs had represented to the Court that they would file their motion today, September 5, 2025. Modest additional time is needed for the parties to complete conferring. The parties have scheduled time to confer on September 9 in the morning, following which Plaintiffs anticipate filing the motion.

Sincerely,
INNOVATION LAW LAB

*/s/ Stephen W Manning*
STEPHEN W MANNING
stephen@innovationlawlab.org

cc: Patrick Conti, Assistant U.S. Attorney (via CM/ECF)