# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> KRISTI NOEM, et al., <br><br> *Defendants.* | Case No. 6:25-cv-699 <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED AND SUPPLEMENTAL COMPLAINT |

Upon consideration of the Plaintiffs' submission and applicable law, the Court hereby GRANTS Plaintiffs' Unopposed Motion for Leave to File an Amended and Supplemental Complaint. The Plaintiffs shall file a clean copy of the Amended and Supplemental Complaint attached as Exhibit 1 to Plaintiffs' Motion.

It is so ordered.

Signed this \_\_\_\_ day of September, 2025.

_____
HONORABLE ANN L. AIKEN
UNITED STATES DISTRICT COURT JUDGE