STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,
smanning@ilgrp.com
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

*Pro hac vice*

Additional counsel following signature page

STANLEY YOUNG, CA No. 121180*
syoung@cov.com
JEHAN A. PATTERSON, D.C. No. 1012119*
jpatterson@cov.com
SABRINA MCGRAW, CA No. 334120*
smcgraw@cov.com
AMBER LOWERY, D.C. No. 1780982*
alowery@cov.com
ANALESE BRIDGES, D.C. No. 90029992*
abridges@cov.com
EVAN CHIACCHIARO, D.C. No. 90037819*
echiacchiaro@cov.com
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1-202-662-5129

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; AUGUSTANA LUTHERAN CHURCH; OUR LADY OF GUADALUPE PARISH; SAN FRANCISCO INTERFAITH COUNCIL; WESTMINSTER PRESBYTERIAN CHURCH; NATIONAL EDUCATION ASSOCIATION; AMERICAN FEDERATION OF TEACHERS; AMY LOMANTO; HANNA MAE ANDERSON; LAUREN FONG; and CAROLINE KEATING MEDEIROS, <br><br> *Plaintiffs,* <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; RODNEY S. SCOTT in his official capacity as Commissioner of Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION, <br><br> *Defendants.* | Case No. 6:25-cv-699-AA <br><br><br> **DECLARATION OF TESS HELLGREN IN SUPPORT OF PLAINTIFFS NATIONAL EDUCATION ASSOCIATION AND AMERICAN FEDERATION OF TEACHERS' MOTION FOR STAY UNDER 5 U.S.C. § 705** |

I, Tess Hellgren, declare pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney licensed to practice in the states of Oregon and Florida and am a member in good standing of the federal bars including the U.S. District Court for the District of Oregon, the U.S. Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States. I am counsel in the above-captioned matter. I submit this declaration in support of Plaintiffs National Education Association and American Federation of Teachers' Motion for Stay Under 5 U.S.C. § 705. I am over 18 years old and have personal knowledge of the facts described herein. If called upon to do so, I could and would competently testify as follows:

2. Attached hereto as Exhibit 1 is a true and correct copy of the article by Ana B. Ibarra and Kristen Hwang, "ICE is suddenly showing up in California hospitals. Workers want more guidance on what to do", *Cal Matters*, 26 Aug. 2025, available at https://calmatters.org/health/2025/08/immigration-hospitals-workers-fear/ (last accessed 10 Feb. 2026), describing impacts of increased immigration enforcement in the healthcare setting as "[f]ederal immigration agents are more routinely showing up at California medical facilities".

3. Attached hereto as Exhibit 2 is a true and correct copy of the article by Aimee Plante, "North Portland ICE activity prompts PPS schools to secure perimeters", *KOIN* (6 Nov. 2025), available at https://www.koin.com/news/portland/north-portland-ice-activity-pps-schools-secure/ (last accessed 10 Feb. 2026), describing how two Portland, Oregon, schools secured their perimeters due to reported immigration enforcement activity in the schools' proximity.

4. Attached hereto as Exhibit 3 is a true and correct copy of the statement by U.S. Senator

DECLARATION OF TESS HELLGREN ISO PLAINTIFFS
NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705                    Page 1

Jeff Merkley, Press Release, "ICE Raids Across Oregon Terrorize Our Communities", 12 Nov. 2025, https://www.merkley.senate.gov/merkley-ice-raids-across-oregon-terrorize-our-communities/, available at (last accessed 10 Feb. 2026), describing how "we've even seen schools and day care centers become places where teachers are thrown to the ground by federal agents in front of children who shouldn't have to fear the chaos of these senseless actions."

5. Attached hereto as Exhibit 4 is a true and correct copy of the survey analysis by Drishti Pillai, Samantha Artiga, Akash Pillai, Alisha Rao, Liz Hamel, Shannon Schumacher, & Ashley Kirzinger, "KFF/New York Times 2025 Survey of Immigrants: Health and Health Care Experiences During the Second Trump Administration", *KFF*, 18 Nov. 2025, available at https://www.kff.org/immigrant-health/kff-new-york-times-2025-survey-of-immigrants-health-and-health-care-experiences-during-the-second-trump-administration/ (last accessed 10 Feb. 2026), describing rise in immigrant adults "who reported skipping or postponing health care in the past 12 months", with one in five adults citing "immigration-related concerns".

6. Attached hereto as Exhibit 5 is a true and correct copy of the article by Julia Lopez, "Neighbors: ICE agents arrest dad driving kids to school in N Portland, shoot pepper balls", KPTV, 11 Dec. 2025, available at https://www.kptv.com/2025/12/12/neighbors-ice-agents-arrest-dad-driving-kids-school-n-portland-shoot-pepper-balls/ (last accessed 10 Feb. 2026), describing immigration arrests during a family's drive to school and subsequent enforcement on hospital grounds.

7. Attached hereto as Exhibit 6 is a true and correct copy of the article by Halle Parker, "Immigrants Are Skipping Vital Health Care Appointments Amid Federal Raids",

*Truthout*, 18 Dec. 2025, available at https://truthout.org/articles/immigrants-are-skipping-vital-health-care-appointments-amid-federal-raids/ (last accessed 10 Feb. 2026), describing harms of increased immigration enforcement in states including Mississippi and Louisiana, observing that because "hospitals and clinics are no longer a safe place", impacts include that "families delay care, cancel children's checkups, and go without refilling medication".

8. Attached hereto as Exhibit 7 is a true and correct copy of the article by Lydia Morrell & David Griswold, "Witnesses say agents arrest Minneapolis school staff, tear gas students; DHS claims no tear gas was used", KARE 11, last updated 10 Jan. 2026, available at https://www.kare11.com/article/news/local/ice-agents-flood-into-roosevelt-high-school-in-minneapolis/89-e0d004b0-bb3d-41b7-949c-e4867f97f7c9 (last accessed 10 Feb. 2026), describing federal immigration enforcement on the campus of Roosevelt High School in Minneapolis, including the use of tear gas.

9. Attached hereto as Exhibit 8 is a true and correct copy of the article by Martín Macías, Jr., "LAUSD enrollment is dropping. Here's what staff say students need to get back in classrooms", *Los Angeles Public Press*, 13 Jan. 2026, available at https://lapublicpress.org/2026/01/la-school-enrollment-ice-immigrant-kids/ (last accessed 10 Feb. 2026), describing that "the Los Angeles Unified School District (LAUSD) reported a 4% dip in student enrollment in the 2025-26 academic year" and detailing efforts to make students and families feel safe at school amid heightened immigration enforcement at sensitive locations.

10. Attached hereto as Exhibit 9 is a true and correct copy of the article by Pioneer Press, Instagram post, 13 Jan. 2026, available at https://www.instagram.com/p/DTd2S-

DECLARATION OF TESS HELLGREN ISO PLAINTIFFS
NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705                    Page 3

DlCLz/?igsh=djhwOTl4dXJ6ZzU0 (last accessed 10 Feb. 2026), describing the ICE detention of a paraprofessional at a special education school who was detained in the parking lot of an education center.

11. Attached hereto as Exhibit 10 is a true and correct copy of the article by Samie Solina, "Local child care centers report ICE detentions, federal visits amid rising concerns", KARE 11, 13 Jan. 2026, available at https://www.kare11.com/article/news/politics/immigration-news/local-child-care-centers-report-ice-detentions-federal-visits/89-2dc1ce9e-8b8a-4964-81c0-b52715e98b8e (last accessed 10 Feb. 2026), describing the immigration arrest of a daycare staff member in the daycare center's parking lot.

12. Attached hereto as Exhibit 11 is a true and correct copy of the article by Brittney Ermon, "Spanish immersion schools feeling impact of immigration enforcement", *KSTP.com 5 Eyewitness News*, 14 Jan. 2026, https://kstp.com/kstp-news/top-news/spanish-immersion-schools-feeling-impact-of-immigration-enforcement/ (last accessed 10 Feb. 2026), describing how fear of immigration enforcement at schools is causing students to be absent and causing fear amongst staff members with legal immigration status.

13. Attached hereto as Exhibit 12 is a true and correct copy of the statement by Superintendent Dr. Teri Staloch, "Update: Federal ICE activity within the district", Robbinsdale Area Schools, 14 Jan. 2026, available at https://www.rdale.org/discover/news/article/~board/district-news/post/update-federal-ice-activity-within-the-district (last accessed 10 Feb. 2026), sharing the school security response to ICE detention of a parent at a school bus stop.

DECLARATION OF TESS HELLGREN ISO PLAINTIFFS
NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705                    Page 4

14. Attached hereto as Exhibit 13 is a true and correct copy of the article by Nick Longworth, "St. Paul Schools van full of teachers, students pulled over by ICE agents", *FOX 9*, 15 Jan. 2026, https://www.fox9.com/news/st-paul-schools-van-pulled-over-ice-agents-jan-2026 (last accessed 10 Feb. 2026), describing how "two district contract vans were pulled over by federal agents on their way to school this week, while students and staff were on board" and referencing school closures related to "safety concerns related to the increased presence of federal agents in the Twin Cities".

15. Attached hereto as Exhibit 14 is a true and correct copy of the article by Beth Hawkins, "As ICE Targets Twin Cities Schools & Bus Stops, Even Citizens Keep Kids Home", *The 74,* 20 Jan. 2026, available at https://www.the74million.org/article/as-ice-targets-twin-cities-schools-bus-stops-even-citizens-keep-kids-home/ (last accessed 10 Feb. 2026), describing impacts on the school environment, including a sharp decrease in student attendance, due to ICE presence around schools.

16. Attached hereto as Exhibit 15 is a true and correct copy of the article by David Griswold, "Little Canada Elementary implements 'secure' protocol while ICE agents were in parking lot during school hours", KARE 11, 21 Jan. 2026, available at https://www.kare11.com/article/news/local/ice-in-minnesota/little-canada-elementary-secure-protocol-ice-agents-in-parking-lot-during-school-hours/89-92cdb60d-18f9-48b0-96df-6a75a839a477 (last accessed 21 Jan. 2026), describing school lockdown initiated because "federal agents in vehicles were in the parking lot during school hours".

17. Attached hereto as Exhibit 16 is a true and correct copy of the Declaration of Stephanie Graff, Deputy Commissioner of the Minnesota Department of Education, submitted in

DECLARATION OF TESS HELLGREN ISO PLAINTIFFS
NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705                                    Page 5

*State of Minnesota v. Noem*, Case No. 0:26-cv-00190-KMM-DJF, Dkt. 75 (D. Minn., filed 22 Jan. 2026), describing impacts of increased immigration enforcement at and around Minnesota schools.

18. Attached hereto as Exhibit 17 is a true and correct copy of the Declaration of Brenda Lewis, Ph.D, submitted in *State of Minnesota v. Noem*, Case No. 0:26-cv-00190-KMM-DJF, Dkt. 77 (D. Minn., filed 22 Jan. 2026), describing school closures and "severe disruption due to heightened federal immigration enforcement activities".

19. Attached hereto as Exhibit 18 is a true and correct copy of the Declaration of Joey Cienian, on behalf of the Minnesota Association of Charter Schools, submitted in *State of Minnesota v. Noem*, Case No. 0:26-cv-00190-KMM-DJF, Dkt. 78 (D. Minn., filed 22 Jan. 2026), describing the harms of immigration enforcement actions around school campuses and detailing "widespread disruption to attendance, instruction, staffing, and student well-being."

20. Attached hereto as Exhibit 19 is a true and correct copy of the First Declaration of Darcie M. Boschee: investigative Summaries of Health Care Provider and Faith Leader Interviews, submitted in *State of Minnesota v. Noem*, Case No. 0:26-cv-00190-KMM-DJF, Dkt. 79 (D. Minn., filed 22 Jan. 2026), describing harms to individuals in the context of immigration enforcement at and around healthcare facilities and houses of worship.

21. Attached hereto as Exhibit 20 is a true and correct copy of the article by Mara Klecker, "Preschooler and three other students detained by ICE, school district leader says", *The Minnesota Star Tribune*, 22 Jan. 2026, available at https://www.startribune.com/preschooler-and-three-other-students-detained-by-ice-

school-district-leader-says/601568045 (last accessed 10 Feb. 2026), describing ICE activity around schools, with superintendent explaining that "[t]he onslaught of ICE activity in our community is inducing trauma and is taking a toll on our children, our families, our staff, and our community members."

22. Attached hereto as Exhibit 21 is a true and correct copy of the article by Ileana Najarro, "'Normal Looks Different': Teaching Through Fear in Minneapolis", 22 Jan. 2026, available at https://www.edweek.org/teaching-learning/normal-looks-different-teaching-through-fear-in-minneapolis/2026/01?utm_source=nl&utm_medium=eml&utm_campaign=eu&M=16590136&UUID=a9161dbe44f1cfdc64720240b65c5a50&T=21592312 (last accessed 10 Feb. 2026), describing "fear and chaos" imposed on school environment by threat of immigration enforcement, and the toll it is taking on educators, administrators, and students.

23. Attached hereto as Exhibit 22 is a true and correct copy of the article by Shannon Firth, "Minneapolis Patients Avoid Care, Say They Feel 'Hunted' by ICE, Doctor Says", *MedPage Today*, 23 Jan. 2026, available at https://www.medpagetoday.com/washington-watch/washington-watch/119567?trw=no (last accessed 10 Feb. 2026), describing patients' fear to seek medical care due to threat of immigration enforcement.

24. Attached hereto as Exhibit 23 is a true and correct copy of the article by Alexandra Villarreal, "Fear, arrests and know-your-rights: How one school district is grappling with ICE coming to town", *The Hechinger Report*, 23 Jan. 2026, available at https://hechingerreport.org/know-your-rights-new-haven-school-district-ice/ (last

accessed 10 Feb. 2026), describing efforts to combat absenteeism amidst fear of immigration enforcement at schools.

25. Attached hereto as Exhibit 24 is a true and correct copy of the article by Jo Napolitano, "Children With Disabilities Particularly Vulnerable to Minneapolis ICE Crackdown", *The 74*, 23 Jan. 2026, available at https://www.the74million.org/article/children-with-disabilities-particularly-vulnerable-to-minneapolis-ice-crackdown/?utm_source (last accessed 10 Feb. 2026), describing how, due to threat of immigration enforcement, "[a]long with school and therapy sessions, also gone from families' routines are winter afternoons at indoor play spaces, trips to the gym for their teenagers and other kid-friendly destinations."

26. Attached hereto as Exhibit 25 is a true and correct copy of the statement by David H. Aizuss, MD, Press Release, "AMA statement on immigration enforcement at hospitals", *American Medical Association*, 26 Jan. 2026, available https://www.ama-assn.org/press-center/ama-press-releases/ama-statement-immigration-enforcement-hospitals (last accessed 10 Jan. 2026), decrying immigration enforcement in hospital and describing how "[w]hen people are afraid to seek medical attention for themselves or their families, it threatens their health, impedes the ability of physicians to render care, and ultimately undermines basic trust in our health care institutions."

27. Attached hereto as Exhibit 26 is a true and correct copy of the article by Maya Yang & Shrai Popat, "Minnesota raids continue as DHS report indicates two agents fired guns at Alex Pretti," *The Guardian*, 27 Jan. 2026, https://www.theguardian.com/us-news/2026/jan/27/minnesota-ice-raids-alex-pretti-killing-dhs-report, available at (last accessed 11 Feb. 2026), quoting elementary school teacher who describes that

immigration enforcement efforts "have changed the very fabric of our Columbia Heights schools and made every student, teacher and parent less safe".

28. Attached hereto as Exhibit 27 is a true and correct copy of the article by Erica Meltzer, "Growing number of education groups criticize impact of ICE operations on students", *Chalkbeat*, 28 Jan. 2026, available at https://www.chalkbeat.org/2026/01/28/education-groups-say-ice-immigration-enforcement-is-hurting-students/ (last accessed 10 Feb 2026), quoting National Parents Union representative, explaining that "[y]ou can see ICE circling around elementary schools so they may not actually be physically in the building, but it's quite clear and it's sending a very strong message to parents and families that it's not safe to take your kids to school".

29. Attached hereto as Exhibit 28 is a true and correct copy of the article by Dave Boucher, "ICE 'targeted' Ypsilanti parents near bus stop, sheriff says", Detroit Free Press, 28 Jan. 2026, available at https://www.freep.com/story/news/investigations/2026/01/28/ice-ypsilanti-parents-bus-stop-schools-sheriff/88394011007/?gnt-cfr=1&gca-cat=p&gca-uir=true&gca-epti=z112524p119150n00----c00----v112524d--42--b--42--&gca-ft=272&gca-ds=sophi (last accessed 10 Feb. 2026), describing the targeted immigration arrest of parents in front of their child at a school bus stop, with school superintendent expressing that "[t]here are no words to fully capture the pain, fear, and disruption this causes for our scholars and their loved ones".

30. Attached hereto as Exhibit 29 is a true and correct copy of the article by Ileana Najarro, "Heightened Immigration Enforcement Is Weighing on Most Principals", *EdWeek*, 29 Jan. 2026, available at https://www.edweek.org/leadership/heightened-immigration-

DECLARATION OF TESS HELLGREN ISO PLAINTIFFS
NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705                                    Page 9

enforcement-is-weighing-on-most-principals/2026/01?utm_source=nl&utm_medium=eml&utm_campaign=eu&M=166 98887&UUID=&T=21734952 (last accessed 10 Feb. 2026), discussing how "growing quantitative and qualitive data [] show how the Trump administration's immigration enforcement agenda is upending educators' ability to create stable learning environments as escalated enforcement depresses attendance and can hurt academic achievement."

31. Attached hereto as Exhibit 30 is a true and correct copy of the article by Letisha Marrero, "Separating Families. Terrorizing Communities. Upending Schools.", *EdTrust*, 30 Jan. 2026, available at https://edtrust.org/blog/ice-raids-upending-schools-communities/?emci=c50e2390-6efc-f011-8d4c-0022482d279b&emdi=bbee125e-11fe-f011-832f-000d3a1f0e4c&ceid=502561 (last accessed 10 Feb. 2026), describing the impact of fear of immigration enforcement at and around sensitive locations, including stark rises in student absences in cities across the country.

32. Attached hereto as Exhibit 31 is a true and correct copy of the article by Sarah Mervosh, "How Fear of ICE Upended Life in One Minnesota School District", *The New York Times*, 31 Jan. 2026, available at https://www.nytimes.com/2026/01/31/us/minneapolis-school-district-ice-agents.html?smid=nytcore-ios-share&referringSource=articleShare (last accessed 10 Feb. 2026), discussing immigration enforcement actions targeting school bus stops and drop-off and pick-up times, with superintendent stating that such increased enforcement actions "have taken away the basic human right of children to be at school."

33. Attached hereto as Exhibit 32 is a true and correct copy of the article by Mary Ellen Flannery, National Education Association, "As Fear Grips Schools, Minnesota Educators Mobilize to Protect Students and Families," *NEA Today*, 25 Jan. 2026, available at https://www.nea.org/nea-today/all-news-articles/minnesota-educators-mobilize-protect-students-and-families (last accessed 10 Feb. 2026), describing the impact of ICE agents "roaming neighborhoods, circling schools, and following the district's yellow school buses".

34. Attached hereto as Exhibit 33 is a true and correct copy of the article by Naaz Modan, "Tracker: ICE activity on K-12 school grounds", K-12 Dive, 2 Feb. 2026, available at https://www.k12dive.com/news/ice-activity-on-k-12-school-grounds/810648/?utm_source=Sailthru&utm_medium=email&utm_campaign=Issue:%202026-02-02%20K-12%20Dive%20%5Bissue:81283%5D&utm_term=K-12%20Dive (last accessed 10 Feb. 2026), tracking ICE incidents that have occurred at and around schools nationwide.

35. Attached hereto as Exhibit 34 is a true and correct copy of the article by Melody Schreiber, "Public health crisis unfolding in Minneapolis as residents avoid healthcare," *The Guardian*, 2 Feb. 2026, available at https://www.theguardian.com/us-news/2026/feb/02/public-health-crisis-minneapolis-ice (last accessed 10 Feb. 2026), describing how "[p]regnant patients are laboring at home; diabetic patients are diluting or forgoing their insulin; injured and sick people are avoiding the hospital and postponing surgeries".

36. Attached hereto as Exhibit 35 is a true and correct copy of the article by Dr. Uché Blackstock, "I'm a doctor. The consequences of ICE presence in hospitals could be

deadly.", MS Now, 4 Feb. 2026, available at https://www.ms.now/opinion/immigration-enforcement-hospitals-deportation-trump (last accessed 10 Feb. 2026), describing the negative impacts of increased federal immigration enforcement at healthcare facilities.

37. Attached hereto as Exhibit 36 is a true and correct copy of the article by Mark Ludwiczak, "BPS: Adult detained by federal agents outside of PS 3", WIVB 4, 5 Feb. 2026, available at https://www.wivb.com/news/local-news/buffalo/bps-adult-detained-by-federal-agents-outside-of-ps-3/ (last access 10 Feb. 2026), describing the immigration stop of a parent vehicle at school dismissal time and detention of an adult in the car.

38. Attached hereto as Exhibit 37 is a true and correct copy of the article by Education International, "ICE out of schools! Educators and their unions mobilise for students and demand that immigration enforcement stop terrorizing communities in the United States", last updated 6 Feb. 2026, available at https://www.ei-ie.org/en/item/32026:ice-out-of-schools-educators-and-their-unions-mobilise-for-students-and-demand-that-immigration-enforcement-stop-terrorizing-communities-in-the-united-states (last accessed 10 Feb. 2026), describing the impacts of increasing ICE enforcement in educational settings, including impacts on Plaintiffs NEA and AFT and their membership.

39. Attached hereto as Exhibit 38 is a true and correct copy of the article by Leah Feiger, "ICE Is Expanding Across the US at Breakneck Speed. Here's Where It's Going Next", *Wired*, 10 Feb. 2026, available at https://www.wired.com/story/ice-expansion-across-us-at-heres-where-its-going-next/ (last accessed 10 Feb. 2026), describing the planned

expansion of ICE offices into locations near the sites of healthcare and childcare providers.

40. Attached hereto as Exhibit 39 is a true and correct copy of the article by Mark Keierleber, "ICE Taps into School Security Cameras to Aid Trump's Immigration Crackdown, 74 Investigation Finds", *The74*, 10 Feb. 2026, available at https://www.the74million.org/article/ice-taps-into-school-security-cameras-to-aid-trumps-immigration-crackdown-74-investigation-shows/ (last accessed 10 Feb. 2026), describing use of school district security cameras to conduct immigration enforcement.

41. Attached hereto as Exhibit 40 is a true and correct copy of the article by Scott Carlson, "'The Perception of Danger Everywhere': Navigating Campus Life Amid ICE Enforcement", *The Chronicle of Higher Education*, 21 Jan. 2026, https://www.chronicle.com/article/the-perception-of-danger-everywhere-navigating-campus-life-amid-ice-enforcement (last accessed 11 Feb. 2026), describing the experience of a college that has experienced enforcement actions on campus leading to fear among students and faculty.

42. Attached hereto as Exhibit 41 is a true and correct copy of the article by Mara Klecker and Anthony Lonetree, "Minnesota schools in 'crisis mode' scramble to support students amid ICE surge", *The Minnesota Star Tribune*, https://www.startribune.com/minnesota-schools-in-crisis-mode-scramble-to-support-students-amid-ice-surge/601571201 (last accessed 11 Feb. 2026), describing the presence of ICE agents near schools, bus stops and bus routes and how this has increased the work for teachers and school social workers who have become "front-line responders".

DECLARATION OF TESS HELLGREN ISO PLAINTIFFS
NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705                    Page 13

43. Attached hereto as <u>Exhibit 42</u> is a true and correct copy of the memorandum from Marcy M. Forman, Director, Office of Investigations, U.S. Immigration and Customs Enforcement, *Enforcement Actions at Schools*, 26 Dec. 2007.

44. Attached hereto as <u>Exhibit 43</u> is a true and correct copy of the memorandum from Julie L. Myers, Assistant Secretary, U.S. Immigration and Customs Enforcement, *Field Guidance on Enforcement Actions or Investigative Activities At or Near Sensitive Community Locations*, 3 July 2008.


Executed this 12th day of February, 2026, in Gainesville, FL.


*/s/ Tess Hellgren*

TESS HELLGREN, OSB No. 191622
tess@innovationlawlab.org
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042


*Attorney for Petitioner*


DECLARATION OF TESS HELLGREN ISO PLAINTIFFS
NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705                Page 14

STEPHEN W MANNING, OSB No.
013373
stephen@innovationlawlab.org,
smanning@ilgrp.com
TESS HELLGREN, OSB No. 191622
tess@innovationlawlab.org
RACHEL LANDRY, Mass. No. 713320*
rachel@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No.
223308
nelly@innovationlawlab.org
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

STANLEY YOUNG, CA No. 121180**
syoung@cov.com
JEHAN PATTERSON, D.C. No.
1012119**
jpatterson@cov.com
SABRINA MCGRAW, CA No. 334120**
smcgraw@cov.com
AMBER LOWERY, D.C. No. 1780982**
alowery@cov.com
ANALESE BRIDGES, D.C. No.
90029992**
abridges@cov.com
EVAN CHIACCHIARO, D.C. No.
90037819**
echiacchiaro@cov.com
MARIAM OLADIPO, D.C. No.
90028347**
moladipo@cov.com
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1-202-662-5129

   Attorneys for Plaintiffs

LUBNA A. ALAM, DC No. 982169*
lalam@nea.org
KATHERINE E. LAMM, DC No.
1006319*
klamm@nea.org

BRANDON GALLI-GRAVES, Tx. No.
 24132050*
brandon.galli-graves@justiceactioncenter.org
ESTHER H SUNG, Cal. No. 255962*
esther.sung@justiceactioncenter.org
KAREN C TUMLIN, Cal. No. 234961*
karen.tumlin@justiceactioncenter.org
HILLARY LI, Ga. No. 898375*
hillary.li@justiceactioncenter.org
LAURA FLORES-PERILLA, Cal. No.
355645*
laura.flores-perilla@justiceactioncenter.org
EMILY SATIFKA, Nj. No. 330452020*
emily.satifka@justiceactioncenter.org
JUSTICE ACTION CENTER
PO Box 27280
Los Angeles, CA 90027
Telephone: +1 323-450-727


DANIEL MCNEIL, D.C. No. 455712*
dmcneil@aft.org
CHANNING COOPER, Md. No.
1212110182*
ccooper@aft.org
AMERICAN FEDERATION OF TEACHERS
555 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: +1 202-879-4400

Attorneys for American Federation of
Teachers

*Pro hac vice
**Pro hac vice applications forthcoming

NATIONAL EDUCATION
ASSOCIATION
1201 16th Street NW
Washington, DC 20036
(202) 822-7035

Attorneys for National Education
Association

**TABLE OF EXHIBITS**

| EXHIBIT | DOCUMENT |
|---|---|
| 1 | Ana B. Ibarra and Kristen Hwang, "ICE is suddenly showing up in California hospitals. Workers want more guidance on what to do", *Cal Matters*, 26 Aug. 2025, available at https://calmatters.org/health/2025/08/immigration-hospitals-workers-fear/ (last accessed 10 Feb. 2026). |
| 2 | Aimee Plante, "North Portland ICE activity prompts PPS schools to secure perimeters", *KOIN* (6 Nov. 2025), available at https://www.koin.com/news/portland/north-portland-ice-activity-pps-schools-secure/ (last accessed 10 Feb. 2026). |
| 3 | U.S. Senator Jeff Merkley, Press Release, "ICE Raids Across Oregon Terrorize Our Communities", 12 Nov. 2025, https://www.merkley.senate.gov/merkley-ice-raids-across-oregon-terrorize-our-communities/,  available at (last accessed 10 Feb. 2026). |
| 4 | Drishti Pillai, Samantha Artiga, Akash Pillai, Alisha Rao, Liz Hamel, Shannon Schumacher, & Ashley Kirzinger, "KFF/New York Times 2025 Survey of Immigrants: Health and Health Care Experiences During the Second Trump Administration", *KFF*, 18 Nov. 2025, available at https://www.kff.org/immigrant-health/kff-new-york-times-2025-survey-of-immigrants-health-and-health-care-experiences-during-the-second-trump-administration/ (last accessed 10 Feb. 2026). |
| 5 | Julia Lopez, "Neighbors: ICE agents arrest dad driving kids to school in N Portland, shoot pepper balls", KPTV, 11 Dec. 2025, available at https://www.kptv.com/2025/12/12/neighbors-ice-agents-arrest-dad-driving-kids-school-n-portland-shoot-pepper-balls/  (last accessed 10 Feb. 2026). |
| 6 | Halle Parker, "Immigrants Are Skipping Vital Health Care Appointments Amid Federal Raids", *Truthout*, 18 Dec. 2025, available at https://truthout.org/articles/immigrants-are-skipping-vital-health-care-appointments-amid-federal-raids/ (last accessed 10 Feb. 2026). |
| 7 | Lydia Morrell & David Griswold, "Witnesses say agents arrest Minneapolis school staff, tear gas students; DHS claims no tear gas was used", KARE 11, last updated 10 Jan. 2026, available at https://www.kare11.com/article/news/local/ice-agents-flood-into-roosevelt-high-school-in-minneapolis/89-e0d004b0-bb3d-41b7-949c-e4867f97f7c9 (last accessed 10 Feb. 2026). |
| 8 | Martín Macías, Jr., "LAUSD enrollment is dropping. Here's what staff say students need to get back in classrooms", *Los Angeles Public Press*, 13 Jan. |

| | |
|---|---|
| | 2026, available at https://lapublicpress.org/2026/01/la-school-enrollment-ice-immigrant-kids/ (last accessed 10 Feb. 2026). |
| 9 | Pioneer Press, Instagram post, 13 Jan. 2026, available at https://www.instagram.com/p/DTd2S-DlCLz/?igsh=djhwOTl4dXJ6ZzU0 (last accessed 10 Feb. 2026). |
| 10 | Samie Solina, "Local child care centers report ICE detentions, federal visits amid rising concerns", KARE 11, 13 Jan. 2026, available at https://www.kare11.com/article/news/politics/immigration-news/local-child-care-centers-report-ice-detentions-federal-visits/89-2dc1ce9e-8b8a-4964-81c0-b52715e98b8e (last accessed 10 Feb. 2026). |
| 11 | Brittney Ermon, "Spanish immersion schools feeling impact of immigration enforcement", *KSTP.com 5 Eyewitness News*, 14 Jan. 2026, https://kstp.com/kstp-news/top-news/spanish-immersion-schools-feeling-impact-of-immigration-enforcement/ (last accessed 10 Feb. 2026). |
| 12 | Superintendent Dr. Teri Staloch, "Update: Federal ICE activity within the district", Robbinsdale Area Schools, 14 Jan. 2026, available at https://www.rdale.org/discover/news/article/~board/district-news/post/update-federal-ice-activity-within-the-district (last accessed 10 Feb. 2026). |
| 13 | Nick Longworth, "St. Paul Schools van full of teachers, students pulled over by ICE agents", *FOX 9*, 15 Jan. 2026, https://www.fox9.com/news/st-paul-schools-van-pulled-over-ice-agents-jan-2026 (last accessed 10 Feb. 2026). |
| 14 | Beth Hawkins, "As ICE Targets Twin Cities Schools & Bus Stops, Even Citizens Keep Kids Home", *The 74,* 20 Jan. 2026, available at https://www.the74million.org/article/as-ice-targets-twin-cities-schools-bus-stops-even-citizens-keep-kids-home/ (last accessed 10 Feb. 2026). |
| 15 | David Griswold, "Little Canada Elementary implements 'secure' protocol while ICE agents were in parking lot during school hours", KARE 11, 21 Jan. 2026, available at https://www.kare11.com/article/news/local/ice-in-minnesota/little-canada-elementary-secure-protocol-ice-agents-in-parking-lot-during-school-hours/89-92cdb60d-18f9-48b0-96df-6a75a839a477 (last accessed 21 Jan. 2026). |
| 16 | Declaration of Stephanie Graff, Deputy Commissioner of the Minnesota Department of Education, submitted in *State of Minnesota v. Noem*, Case No. 0:26-cv-00190-KMM-DJF, Dkt. 75 (D. Minn., filed 22 Jan. 2026). |
| 17 | Declaration of Brenda Lewis, Ph.D, submitted in *State of Minnesota v. Noem*, Case No. 0:26-cv-00190-KMM-DJF, Dkt. 77 (D. Minn., filed 22 Jan. 2026). |

DECLARATION OF TESS HELLGREN ISO PLAINTIFFS
NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705    Page 18

| 18 | Declaration of Joey Cienian, on behalf of the Minnesota Association of Charter Schools, submitted in *State of Minnesota v. Noem*, Case No. 0:26-cv-00190-KMM-DJF, Dkt. 78 (D. Minn., filed 22 Jan. 2026). |
|----|----|
| 19 | First Declaration of Darcie M. Boschee: investigative Summaries of Health Care Provider and Faith Leader Interviews, submitted in *State of Minnesota v. Noem*, Case No. 0:26-cv-00190-KMM-DJF, Dkt. 79 (D. Minn., filed 22 Jan. 2026). |
| 20 | Mara Klecker, "Preschooler and three other students detained by ICE, school district leader says", *The Minnesota Star Tribune*, 22 Jan. 2026, available at https://www.startribune.com/preschooler-and-three-other-students-detained-by-ice-school-district-leader-says/601568045 (last accessed 10 Feb. 2026). |
| 21 | Ileana Najarro, "'Normal Looks Different': Teaching Through Fear in Minneapolis", 22 Jan. 2026, available at https://www.edweek.org/teaching-learning/normal-looks-different-teaching-through-fear-in-minneapolis/2026/01?utm_source=nl&utm_medium=eml&utm_campaign=eu&M=16590136&UUID=a9161dbe44f1cfdc64720240b65c5a50&T=21592312 (last accessed 10 Feb. 2026). |
| 22 | Shannon Firth, "Minneapolis Patients Avoid Care, Say They Feel 'Hunted' by ICE, Doctor Says", *MedPage Today*, 23 Jan. 2026, available at https://www.medpagetoday.com/washington-watch/washington-watch/119567?trw=no (last accessed 10 Feb. 2026). |
| 23 | Alexandra Villarreal, "Fear, arrests and know-your-rights: How one school district is grappling with ICE coming to town", *The Hechinger Report*, 23 Jan. 2026, available at https://hechingerreport.org/know-your-rights-new-haven-school-district-ice/ (last accessed 10 Feb. 2026). |
| 24 | Jo Napolitano, "Children With Disabilities Particularly Vulnerable to Minneapolis ICE Crackdown", *The 74*, 23 Jan. 2026, available at https://www.the74million.org/article/children-with-disabilities-particularly-vulnerable-to-minneapolis-ice-crackdown/?utm_source (last accessed 10 Feb. 2026). |
| 25 | David H. Aizuss, MD, Press Release, "AMA statement on immigration enforcement at hospitals", *American Medical Association*, 26 Jan. 2026, available https://www.ama-assn.org/press-center/ama-press-releases/ama-statement-immigration-enforcement-hospitals (last accessed 10 Jan. 2026). |
| 26 | Maya Yang & Shrai Popat, "Minnesota raids continue as DHS report indicates two agents fired guns at Alex Pretti," *The Guardian*, 27 Jan. 2026, https://www.theguardian.com/us-news/2026/jan/27/minnesota-ice-raids-alex-pretti-killing-dhs-report, available at (last accessed 11 Feb. 2026). |

DECLARATION OF TESS HELLGREN ISO PLAINTIFFS
NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705                    Page 19

| 27 | Erica Meltzer, "Growing number of education groups criticize impact of ICE operations on students", *Chalkbeat*, 28 Jan. 2026, available at https://www.chalkbeat.org/2026/01/28/education-groups-say-ice-immigration-enforcement-is-hurting-students/ (last accessed 10 Feb 2026). |
|---|---|
| 28 | Dave Boucher, "ICE 'targeted' Ypsilanti parents near bus stop, sheriff says", Detroit Free Press, 28 Jan. 2026, available at https://www.freep.com/story/news/investigations/2026/01/28/ice-ypsilanti-parents-bus-stop-schools-sheriff/88394011007/?gnt-cfr=1&gca-cat=p&gca-uir=true&gca-epti=z112524p119150n00----c00----v112524d--42--b--42--&gca-ft=272&gca-ds=sophi (last accessed 10 Feb. 2026). |
| 29 | Ileana Najarro, "Heightened Immigration Enforcement Is Weighing on Most Principals", *EdWeek*, 29 Jan. 2026, available at https://www.edweek.org/leadership/heightened-immigration-enforcement-is-weighing-on-most-principals/2026/01?utm_source=nl&utm_medium=eml&utm_campaign=eu&M=16698887&UUID=&T=21734952 (last accessed 10 Feb. 2026). |
| 30 | Letisha Marrero, "Separating Families. Terrorizing Communities. Upending Schools.", *EdTrust*, 30 Jan. 2026, available at https://edtrust.org/blog/ice-raids-upending-schools-communities/?emci=c50e2390-6efc-f011-8d4c-0022482d279b&emdi=bbee125e-11fe-f011-832f-000d3a1f0e4c&ceid=502561 (last accessed 10 Feb. 2026). |
| 31 | Sarah Mervosh, "How Fear of ICE Upended Life in One Minnesota School District", *The New York Times*, 31 Jan. 2026, available at https://www.nytimes.com/2026/01/31/us/minneapolis-school-district-ice-agents.html?smid=nytcore-ios-share&referringSource=articleShare (last accessed 10 Feb. 2026). |
| 32 | Mary Ellen Flannery, National Education Association, "As Fear Grips Schools, Minnesota Educators Mobilize to Protect Students and Families," *NEA Today*, 25 Jan. 2026, available at https://www.nea.org/nea-today/all-news-articles/minnesota-educators-mobilize-protect-students-and-families (last accessed 10 Feb. 2026). |
| 33 | Naaz Modan, "Tracker: ICE activity on K-12 school grounds", K-12 Dive, 2 Feb. 2026, available at https://www.k12dive.com/news/ice-activity-on-k-12-school-grounds/810648/?utm_source=Sailthru&utm_medium=email&utm_campaign=Issue:%202026-02-02%20K-12%20Dive%20%5Bissue:81283%5D&utm_term=K-12%20Dive (last accessed 10 Feb. 2026). |

DECLARATION OF TESS HELLGREN ISO PLAINTIFFS
NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705                    Page 20

| 34 | Melody Schreiber, "Public health crisis unfolding in Minneapolis as residents avoid healthcare," *The Guardian*, 2 Feb. 2026, available at https://www.theguardian.com/us-news/2026/feb/02/public-health-crisis-minneapolis-ice (last accessed 10 Feb. 2026). |
|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 35 | Dr. Uché Blackstock, "I'm a doctor. The consequences of ICE presence in hospitals could be deadly.", MS Now, 4 Feb. 2026, available at https://www.ms.now/opinion/immigration-enforcement-hospitals-deportation-trump (last accessed 10 Feb. 2026). |
| 36 | Mark Ludwiczak, "BPS: Adult detained by federal agents outside of PS 3", WIVB 4, 5 Feb. 2026, available at https://www.wivb.com/news/local-news/buffalo/bps-adult-detained-by-federal-agents-outside-of-ps-3/ (last accessed 10 Feb. 2026). |
| 37 | Education International, "ICE out of schools! Educators and their unions mobilise for students and demand that immigration enforcement stop terrorizing communities in the United States", last updated 6 Feb. 2026, available at https://www.ei-ie.org/en/item/32026:ice-out-of-schools-educators-and-their-unions-mobilise-for-students-and-demand-that-immigration-enforcement-stop-terrorizing-communities-in-the-united-states (last accessed 10 Feb. 2026). |
| 38 | Leah Feiger, "ICE Is Expanding Across the US at Breakneck Speed. Here's Where It's Going Next", *Wired*, 10 Feb. 2026, available at https://www.wired.com/story/ice-expansion-across-us-at-heres-where-its-going-next/ (last accessed 10 Feb. 2026). |
| 39 | Mark Keierleber, "ICE Taps into School Security Cameras to Aid Trump's Immigration Crackdown, 74 Investigation Finds", The74, 10 Feb. 2026, available at https://www.the74million.org/article/ice-taps-into-school-security-cameras-to-aid-trumps-immigration-crackdown-74-investigation-shows/ (last accessed 10 Feb. 2026). |
| 40 | Scott Carlson, "'The Perception of Danger Everywhere': Navigating Campus Life Amid ICE Enforcement", *The Chronicle of Higher Education*, 21 Jan. 2026, https://www.chronicle.com/article/the-perception-of-danger-everywhere-navigating-campus-life-amid-ice-enforcement (last accessed 11 Feb. 2026). |
| 41 | Mara Klecker & Anthony Lonetree, "Minnesota schools in 'crisis mode' scramble to support students amid ICE surge", *The Minnesota Star Tribune*, https://www.startribune.com/minnesota-schools-in-crisis-mode-scramble-to-support-students-amid-ice-surge/601571201 (last accessed 11 Feb. 2026). |
| 42 | Marcy M. Forman, Director, Office of Investigations, U.S. Immigration and Customs Enforcement, Memorandum, *Enforcement Actions at Schools*, 26 Dec. 2007. |

DECLARATION OF TESS HELLGREN ISO PLAINTIFFS
NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705                    Page 21

| 43 | Julie L. Myers, Assistant Secretary, U.S. Immigration and Customs Enforcement, Memorandum, *Field Guidance on Enforcement Actions or Investigative Activities At or Near Sensitive Community Locations*, 3 July 2008. |