SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
JOSHUA KELLER, NYSB #4297396
Assistant United States Attorney

ANDREW WARDEN, INSB #23840-49
Assistant Branch Director
J. STEPHEN TAGERT, VASB #99641
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

|  |  |
|---|---|
| PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*, in their official capacities,<br>*Defendants.* | Case No. 6:25-cv00699-AA<br><br>**NOTICE OF APPEARANCE OF J. STEPHEN TAGERT** |

Please take notice that the undersigned attorney, J. Stephen Tagert of the United States

Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as

counsel on behalf of Defendants in the above-captioned case.

Dated: April 21, 2026                                Respectfully submitted,

                                                     SCOTT E. BRADFORD
                                                     United States Attorney
                                                     District of Oregon

Notice of Appearance of J. Stephen Tagert
1

JOSHUA KELLER
Assistant United States Attorney

ANDREW WARDEN
Assistant Branch Director

/s/ *J. Stephen Tagert*
J. STEPHEN TAGERT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

Notice of Appearance of J. Stephen Tagert
2