**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**JOSHUA KELLER, NYSB #4297396**
**TREVOR NYSTROM, WASB #62133**
Assistant United States Attorney
Joshua.Keller@usdoj.gov
Trevor.Nystrom@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: 503.727.1000
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, et al.,**

Plaintiffs,

**v.**

**MARKWAYNE MULLINS,[1] et al.,**

Defendants.

Case No. 6:25-cv-00699-AA

**NOTICE OF APPEARANCE OF COUNSEL**

[1] Pursuant to Fed. R. Civ. P. 25(d), Markwayne Mullins is substituted for Kristi Noem as Secretary of the Department of Homeland Security.

Defendants, by and through counsel, hereby provide notice of appearance of Assistant United States Attorney Trevor Nystrom as co-counsel for Defendants.

Dated this 21st day of September 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ Trevor Nystrom*
TREVOR NYSTROM
Assistant United States Attorney

Attorneys for Defendants